IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYRON J. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:09cv449-ID |
| v. ) | |
| ) | |
| ) | |
| U. S. DISTRICT COURT for the ) | |
| MIDDLE DISTRICT OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court are Plaintiff Myron J. Jacksons' Objections and the Recommendation of the Magistrate Judge (Docs. No. 6 and 7). Having conducted a *de novo* determination of those portions of the Recommendation of the Magistrate Judge to which objection is made, it is CONSIDERED and ORDERED as follows:

1. That said objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. That this action be and the same is hereby DISMISSED, without prejudice, due to Plaintiff's failure to obey this Court's Orders or otherwise to prosecute this action[1].

---

[1] Additionally, and in the alternative, Plaintiff's Complaint is subject to dismissal because the allegations of the Complaint are frivolous and fail to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

Done this 8th day of July, 2009 .

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE